# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

## NOTICE REGARDING CONFLICT WITH PROPOSED ARGUMENT DATES

No. __15-2526__    Caption: _VeriSign, Inc. v. XYZ.COM LLC_

Argument Session For Which You Are Scheduled: _10/25/16- 10/28/16_

Dates You Are Available To Argue in the Session (if any):
_10/25 - 10/28 (but see note below)_

Other Relevant Information:
I have filed a conflict notice regarding No. 15-1874, Pro-Football v. Blackhorse, noting that I am scheduled to argue both cases in the same sitting and asking the Court to reschedule No.15-1874 for the next sitting. If the Court does not wish to reschedule No. 15-1874, I would request that the Court reschedule this case.

Party(ies) Represented:
Verisign

Counsel: _Lisa S. Blatt, Arnold & Porter_

I, _____Lisa S. Blatt_____, hereby certify that on this date, I electronically filed this Notice with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

dn@newmanlaw.com

_7/20/2016_                                    Lisa S. Blatt
Date                                           Signature

01/14/2016  SCC